**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ALFONSO RIOS AYON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16-CR-00096LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| vs. | |
| ALFONSO RIOS-AYON, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY AND MEGAN PASCUAL, UNITED STATES PROBATION DEPARTMENT:

Defendant, ALFONSO RIOS-AYON, by and through his attorney of record, DAVID A. TORRES hereby requests that the sentencing hearing currently set for Monday, June 12, 2017 be continued to Monday, August 14, 2017.

On Monday, April 10, 2017, a probation interview was schedule between Mr. Rios-Ayon, myself and USPO Megan Pascual. Due to a mistake on my part, I inadvertently miscalendared the interview time. As such. the interview was rescheduled. Because of the rescheduling, Ms. Pascual and I agreed to extend the sentencing date so long as the assigned AUSA was in agreement. I have spoken to Mr. Delaney and he does not object to continuing the sentencing.

//

**IT IS SO STIPULATED.**

                                                          Respectfully Submitted,

DATED: 4/25/17                                                */s/ David A Torres*
                                                              DAVID A. TORRES
                                                               Attorney for Defendant
                                                               ALFONSO RIOS AYON

DATED: 4/25/17                                                */s/Brian Delaney*
                                                              BRIAN DELANEY
                                                              Assistant U.S. Attorney

                                                      **ORDER**

IT IS SO ORDERED.

    Dated:   **April 25, 2017**                     **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES CHIEF DISTRICT JUDGE