PHILLIP A. TALBERT
United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00096 - LJO |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING DATE FROM SEPTEMBER 11, 2017 AT 10 AM TO DECEMBER 18, 2017 AT 10 AM. |
| v. | |
| ALFONSO RIOS-AYON, | |
| Defendant. | |

The parties to the above captioned matter having stipulated and applied to this Court for an order continuing the sentence as to the above-named defendant, and good cause appearing thereof:

IT IS SO ORDERED, that the sentence previously scheduled for September 11, 2017 at 10:00 AM is continued to December 18, 2017 at 10:00 AM.

DATED: September 7, 2017                        /s/ Lawrence J. O'Neill
                                                HONORABLE LAWRENCE J. O'NEILL
                                                United States District Judge

Stipulation