**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for
ALFONSO RIOS-AYON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALFONSO RIOS-AYON,<br><br>Defendant | Case No.: 1:16-CR-000096 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND BRIAN DELANEY SHERRIFF, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ALFONSO RIOS-AYON by and through his attorney of record, David A. Torres, hereby requesting that the sentencing hearing currently set for Monday, December 18, 2017 be continued to Monday, January 8, 2018.

My wife and I are celebrating our 34th wedding anniversary and have purchased flight tickets to Mexico, departing the 15th of December and returning the 3rd of January 2018.

AUSA Brian Delaney is unavailable on the 11th of December, however, has confirmed his availability on January 8, 2018. The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 12/6/17 　　　　　　　　　　　　　　　*/s/ David A Torres*
　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　ALFONSO RISO-AYON


DATED: 12/6/17 　　　　　　　　　　　　　　　*/s/Brian Delaney*
　　　　　　　　　　　　　　　　　　　　　　BRIAN DELANEY
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


## ORDER

**Pursuant to the stipulation, t**he sentencing hearing is continued to January 8, 2018.

IT IS SO ORDERED.

　　Dated: __**December 6, 2017**__ 　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE