TORRES | TORRES STALLINGS AND ASSOCIATES
DAVID A. TORRES, SBN 135059
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: dtorres@lawtorres.com

Attorney for:
ALFONSO RIOS-AYON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>ALFONSO RIOS-AYON,<br><br>Defendants. | Case No. 1:16-cr-00096 NONE-SKO<br><br>STIPULATION AND PROPOSED ORDER FOR BRIEFING SCHEDULE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND JESSICA MASSEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ALFONSO RIOS-AYON, by and through his attorney of record, DAVID A. TORRES, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for Compassionate Release.

**IT IS SO STIPULATED.**

DATED: 9/21/20

Respectfully Submitted,
*/s/ David A. Torres*___
DAVID A. TORRES
Attorney for Defendant
Alfonso Rios-Ayon

DATED: 9/21/20

*/s/Jessica Massey*_____
JESSICA MASSEY
Assistant U.S. Attorney

1

## **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Opening Brief: **Due October 9, 2020**

Government/Respondent's Opposition Brief **Due October 23, 2020**

Defendant's/Petitioner's Rely (if any) **Due October 30, 2020**

IT IS SO ORDERED.

Dated:   **September 22, 2020**

_____
UNITED STATES DISTRICT JUDGE

2